# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MATTHEW P. DEC,

               Petitioner

          v.

BUTLER, PA CLERK OF COURTS,

               Respondent

: No. 8 WM 2015
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of February, 2015, the Application for King's Bench or Extraordinary Relief is **DENIED**.